UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>BEATRICE MARIA ESTRADA (2),<br><br>              Defendants. | Case No. 11CR0662-WQH<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE THE BOND, AND PASSPORT BE RELEASED BY PRETRIAL IF HELD |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed as to this defendant without prejudice, the bond be exonerated, and passport to be released by Pretrial if held.

IT IS SO ORDERED.

DATED: 3/2/12 .

                                         HONORABLE CATHY A. BENCIVENGO
                                         United States District Judge